UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JAMES E. KROETCH, | No. C 11-02860 MEJ |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| BAC HOME LOAN SERVICES, ET AL., | |
| Defendant(s). | |
| _____/ | |

On July 1, 2011, the Defendants in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of August 25, 2011. (Dkt. #7.) However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the August 25 hearing and ORDERS Plaintiff James E. Kroetch to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by August 25, 2011, and the Court shall conduct a hearing on September 1, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: August 10, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JAMES E. KROETCH,

    Plaintiff,

 v.

BAC HOME LOAN SERVICES, ET AL. et al,

    Defendant.

Case Number: CV11-02860 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 10, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Edward Kroetch
Attorney at Law
3230 Greenhills Drive
Lafayette, CA 94549

Dated: August 10, 2011

            Richard W. Wieking, Clerk
            By: Brenda Tolbert, Deputy Clerk

2