UNITED STATES DISTRICT COURT

Northern District of California

JAMES E. KROETCH,                               No. C 11-02860 MEJ

          Plaintiff(s),                    **ORDER VACATING CMC**

  v.

BAC HOME LOAN SERVICES, ET AL.,

          Defendant(s).
_____/

This matter is currently scheduled for a Case Management Conference on September 22, 2011. However, as there is a pending motion to dismiss, the Court finds a c.m.c. premature at this time and hereby VACATES the September 22 c.m.c. and all related deadlines. The Court shall reschedule the c.m.c., if necessary, after resolution of Defendants' motion to dismiss.

**IT IS SO ORDERED.**

Dated: September 8, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge